# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA DORA STARR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. ED CV 13-1463 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: May 7, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE